UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET G. BROOKS,

Plaintiff,

v.

JOHN KEEFE, et al.,

Defendants.

No.  2:25-cv-03695-DC-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 2, 5, 6)

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 9, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 5.  On March 4, 2026, Plaintiff filed a Request for Status that primarily sought to confirm receipt of evidence previously submitted. ECF No. 6.  The arguments therein, however, do not affect the merits of findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2026 (ECF No. 5) are ADOPTED

1

in full;

2.  This action is DISMISSED WITHOUT PREJUDICE for improper venue and lack of personal jurisdiction;

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) and request for status (ECF No. 6) are DENIED as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 29, 2026**

_____
Dena Coggins
United States District Judge